252

Maurice X. ANDERSON et al.,
Appellants,

v.

Charles L. WOLFF, Jr., Warden, Nebras-
ka Penal and Correctional Com-
plex, Appellee.

Nos. 72–1378, 72–1379.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 22, 1972.

Decided Oct. 10, 1972.

———◆———

Con M. Keating, Lincoln, Neb., for
appellants.

Clarence A. H. Meyer, Atty. Gen.,
and James J. Duggan, Asst. Atty. Gen.,
Lincoln, Neb., for appellee.

Before LAY, ROSS and STEPHEN-
SON, Circuit Judges.

PER CURIAM.

This is a civil rights action by state
prisoners brought under 42 U.S.C. §
1983. Plaintiffs claim that their dietary
laws as Black Muslims are violated by
prison rules and regulations. Chief
Judge Urbom denied relief. We affirm
his ruling dismissing the action on the
basis of his well reasoned opinion. See
also, Evans v. Ciccone, 377 F.2d 4 (8
Cir. 1967).

Judgment affirmed.